### Asa PENDLETON, alias Harry Ward, and Whitey Hays, v. STATE.

No. 14251.

Court of Criminal Appeals of Texas.

March 4, 1931.

O'Brien Stevens, Crim. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is attempt to commit burglary; penalty assessed at confinement in the penitentiary for a period of two years.

The record is before this court without statement of facts or bills of exceptions. No fundamental error has been pointed out or perceived.

The appellant, Whitey Hays, has filed his sworn request to withdraw his appeal. As to him the appeal is dismissed, and as to Asa Pendleton, alias Harry Ward, the judgment is affirmed.

### Lonnie PRESCOTT v. STATE.

No. 14060.

Court of Criminal Appeals of Texas.

March 18, 1931.

Oxford & McMillan, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The verdict of the jury, which follows the indictment and the charge of the court, finds appellant guilty of possessing intoxicating liquor for the purpose of sale. The judgment and sentence recite that appellant is guilty of transporting intoxicating liquor. The judgment and sentence are reformed to show that appellant has been adjudged to be guilty of possessing intoxicating liquor for the purpose of sale.

### Irvin PRICE v. STATE.

No. 14161.

Court of Criminal Appeals of Texas.

March 4, 1931.

W. M. Tucker, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.